IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAVALDON,

      Plaintiff,                       No. CIV S-05-0354 MCE GGH P

     vs.

TULARE COUNTY JAIL, et al.,

      Defendants.             <u>ORDER</u>

                         /

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 15, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. The complaint had been transferred from the Fresno division because the Tulare County defendants had been dismissed and most of the remaining claims implicated conduct occurring at Mule Creek State Prison. The undersigned dismissed the complaint so that plaintiff could set forth only those claims against Mule Creek State Prison defendants, since it is the law of the case that the Tulare County defendants have been dismissed. The court also suggested that plaintiff file a separate action as to any defendant located at California Men's Colony in the Central District. Plaintiff, however, did not respond to the court's order, so the court has now screened the March 15, 2004 complaint.

\\\\\

1

1       The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
2 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
3 reasonable opportunity to prevail on the merits of this action.
4       In accordance with the above, IT IS HEREBY ORDERED that:
5       1.  Service is appropriate for the following defendants: Correctional Officer (C/O)
6 V. Walker, C/O McGoldbrick, C/O Brown, Corr. Lt. D.D. Brown.
7       2.  The Clerk of the Court shall send plaintiff four (4) USM-285 forms, one
8 summons, an instruction sheet and a copy of the complaint filed March 15, 2004.
9       3.  Within thirty days from the date of this order, plaintiff shall complete the
10 attached Notice of Submission of Documents and submit the following documents to the court:
11       a.  The completed Notice of Submission of Documents;
12       b.  One completed summons;
13       c.  One completed USM-285 form for each defendant listed in number 1
14       above; and
15       d.  Five (5) copies of the endorsed complaint filed March 15, 2004.
16       4.  Plaintiff need not attempt service on defendants and need not request waiver of
17 service.  Upon receipt of the above-described documents, the court will direct the United States
18 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
19 without payment of costs.
20 DATED: 10/11/05
21
22       /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE
23
24 GGH:009
gava0354.1s
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAVALDON,

    Plaintiff,                                                        No. CIV - 05- 0354 MCE GGH P

    vs.

TULARE COUNTY JAIL, et al.,                          <u>NOTICE OF SUBMISSION</u>

    Defendants.                                                 <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u>  1  </u>       completed summons form

        <u>  4  </u>       completed USM-285 forms

        <u>  5  </u>       copies of the <u>March 15, 2004            </u>
                                     Complaint

DATED:

                                              _____
                                              Plaintiff